**AFFIRMED; Opinion Filed September 11, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01491-CR
No. 05-13-01492-CR

**JUAN JOSHIOS ORTIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 429-82027-09, 429-82280-09**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Lewis
Opinion by Justice Myers

Juan Joshios Ortiz waived a jury and pleaded guilty to two charges of aggravated robbery with a deadly weapon. *See* TEX. PENAL CODE ANN. § 29.03(a)(2) (West 2011). The trial court assessed punishment at eighteen years' imprisonment in each case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to

file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/ Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
131491F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JUAN JOSHIOS ORTIZ, Appellant

No. 05-13-01491-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 429th Judicial District Court of Collin County, Texas (Tr.Ct.No. 429-82027-09).
Opinion delivered by Justice Myers, Justices Francis and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 11, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

JUAN JOSHIOS ORTIZ, Appellant

No. 05-13-01492-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 429th Judicial District Court of Collin County, Texas (Tr.Ct.No. 429-82280-09).
Opinion delivered by Justice Myers, Justices Francis and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 11, 2014.